United States Courts
Southern District of Texas
FILED
MAY 27 2021
Nathan Ochsner, Clerk of Court

CV NO. 6:19-CV-84

Dear Clerk,

I had a video arrive here from defendant Wheelen April 30th 2021. It is now May 24th 2021 And I still haven't seen the video. A gaurd named Martinez has been trying to let me see the video but Fletcher will not give him the video. I dont trust Fletcher because he told me he knows the guys from Victoria that I am suing. I'm afraid that Fletcher has made contact with Wheelen and defendants And is now trying to sabbatoge my suit. Will you please inform the Honorable Jude to this matters, I made parole back in March on the 22nd three months ago. My parole status is F-I-2 which means 45 to 60 days to release. I asked Ms Montlia why am I still here she said I need an adress to parole to. Her office is right next to Fletcher's office And they are telling me its up to me to find an adress. I been trying and my aunt has been trying but the half-way houses have been returning my letters saying neither me or my aunt can admit me to the half-way house. The half-way house says its up to parole to do it. My Aunts number is 361-575-8727 Alma barefield she is worried that they wont release me here. Thank you Clerk if you can relay this to the Judge. Rudy Dickerson

Rudy Dickerson #2304933
Cotulla Unit
610 FM 624
Cotulla, TX 78014

United States Courts
Southern District of Texas
FILED
MAY 27 2021
Nathan Ochsner, Clerk of Court

Legal mail

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

77208-101010

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
25 MAY 2021 PM 4 L